Argued and submitted September 14, reversed and remanded for reconsideration
November 12, 1992

In the Matter of the Compensation of
Ramona Z. Mejia, Claimant.

HILLCREST ORCHARDS
and Country Companies,
*Petitioners,*

*v.*

Ramona Z. MEJIA,
*Respondent.*

(WCB 91-03950; CA A73871)

840 P2d 755

Adam T. Stamper, Medford, argued the cause for petitioners. With him on the brief was Cowling & Heysell, Medford.

Robert F. Webber and Black, Chapman & Webber, Medford, filed the brief for respondent.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron*, 114 Or App 64, 836 P2d 131 (1992).